IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD MERCADO,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 99-2355 |
| | : | |
| **DONALD T. VAUGHN, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this 22nd day of March 2016, upon consideration of the petitioner's motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Document #27), IT IS HEREBY ORDERED that the motion is DENIED with prejudice.

IT IS FURTHER ORDERED that the petitioner's motion for leave to expand the record (Document #29) is GRANTED *numc pro tunc*.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.